FILED BY **PG** D.C.

FEB 24 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. _____-Civ ( Judge _____ \Magistrate _____ )

Adonis Meaux

    Plaintiff

vs.

Carnival Cruise Line, et al.

    Defendants

## COMPLAINT

Now into the Honorable Court appearing *pro se* comes Adonis Meaux (Meaux or Complainant), who seeks personal injury damages from a trip and fall on or about February 24, 2019, on the Carnival Horizon (Incident) and respectfully states:

### Parties

1. Complainant is a resident of Louisiana and was so at all times relative to this Complaint.

2. Complainant sues Carnival Cruise Line, Carnival Corporation, Carnival Corporation & plc, Carnival Cruise Line North America, Carnival Cruise Line North America, and/or motor vessel *Carnival Horizon*, its corpus, officers and/or crew. (Carnival)

### Jurisdiction – Diversity

3. The parties are diverse and the amount in controversy exceeds $75,000.

4. Thus, this Honorable Court has subject matter jurisdiction through 28 U.S.C. § 1332.

### Venue

5. Venue is proper under the terms of the Ticket Contract between Complainant and Carnival, specifically paragraph 13(c).

### Facts

6. On or about February 24, 2019, Meaux was a ticketed passenger of Carnival Horizon.

7. At approximately 2:30 PM, Meaux tripped on a raised floor joint on Deck 4.

8. The floor's horizontal tile pattern masked the floor joint.

9. The floor joint was elevated.

10. The floor joint presented an unreasonable risk of harm.

11. Carnival knew or should have known that the floor joint presented an unreasonable risk of harm.

12. The Incident ruptured Meaux's left quadriceps that required surgical repair.

13. Carnival alone caused the Incident and Meaux's damages.

### Relief

14. Defendants must satisfy Complainant's damages that include past, present and future general and special damages, including economic losses, past, current and future.

### Certification and Closing

15. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

16. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

WHEREFORE, the premises considered, I pray for judgment in my favor and against Carnival Cruise Line, Carnival Corporation, Carnival Corporation & plc, Carnival Cruise Line North America, or all of them or a combination of them, in an amount reasonable in the premises, together with legal interest, costs of the proceedings; and for all general and equitable relief.

February 21, 2020

Respectfully submitted,

_____
Adonis Meaux, in proper person
103 A Jan Avenue
Kaplan, LA 70548
(337) 643-8469
gmeaux@kaplantel.net

**FedEx Express US Airbill**

FedEx Tracking Number: 8613 2827 3197
Form ID No.: 0215
Recipient's Copy

**1 From** This portion can be removed for Recipient's records.
Date: 02-21-20
FedEx Tracking Number: 861328273197
Sender's Name: Tracy P. Curtis
Phone: 337 233-1471
Company: GLENN ARMENTOR LTD
Address: 300 STEWART ST
City: LAFAYETTE  State: LA  ZIP: 70501-8136

**2 Your Internal Billing Reference:** Adonis meaux

**3 To**
Recipient's Name: Angela E Noble
Phone: 305 523.5100
Company: Wilkie D. Ferguson, Jr. US Courthouse
Recipient's Address: 400 N. Miami Avenue 8th Floor
City: Miami  State: FL  ZIP: 33128

0356145532

8613 2827 3197

**4a Express Package Service**  Packages up to 150 lbs.
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service**
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope*
[ ] FedEx Pak*
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No  [ ] Yes As per attached Shipper's Declaration  [ ] Yes Shipper's Declaration not required  [ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment  Bill to:**
[X] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

Total Packages ___  Total Weight ___

519

**8 Residential Delivery Signature Options**
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature