UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-20795-UU

ADONIS MEAUX,

       Plaintiff,

v.

CARNIVAL CORPORATION,

       Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Procedure 41, the parties hereby stipulate that this action should be dismissed WITHOUT PREJUDICE with each side to bear their own costs and fees.

Dated this 4th day of August, 2020.

                      Respectfully submitted,

                      Paul M. Hoffman, Esquire
                      HOFFMAN LAW FIRM
                      2881 East Oakland Park Blvd.
                      Fort Lauderdale, FL 33306
                      (954) 707-5040

                      By:   */s/Paul M. Hoffman, Esq.*
                             Paul M. Hoffman, Esq.
                             Fla. Bar No:  279897

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    Paul M. Hoffman, Esquire
    HOFFMAN LAW FIRM
    2881 East Oakland Park Blvd.
    Fort Lauderdale, FL 33306
    (954) 707-5040
    pmh@paulmhoffmanlaw.com

    By: *s/ Paul M. Hoffman, Esq.*
        Paul M. Hoffman, Esq.

## SERVICE LIST

| | |
|---|---|
| VALENTINA M. TEJERA, ESQ.<br>vtejera@carnival.com<br>3655 N.W. 87th Avenue<br>Miami, FL 33178<br>Telephone: (305) 406-7556<br>Facsimile: (305) 406-4732<br>Attorney for Defendant | PAUL M. HOFFMAN, ESQ.<br>pmh@paulhoffmanlaw.com<br>2881 East Oakland Park Blvd.<br>Fort Lauderdale, FL 33306<br>Telephone: (954) 707-5040<br>Attorney for Plaintiff |

[Service via CM/ECF Notice of Electronic Filing]